# United States District Court
# District of Minnesota

UNITED STATES OF AMERICA

Plaintiff(s),

**JUDGMENT BY DEFAULT**

-vs-

Civil No. 01-884MJD/JGL

LARRY W. BABCOCK

Defendant(s)

---

Affidavit of default, disbursements, identification and non-military service having been filed by plaintiff's attorney, and

It appearing that the above-named defendant has been duly served with process, that more than twenty (20) days have elapsed since said service, and that said defendant has failed to appear or plead in this cause;

Now on motion of said plaintiff's attorney, a default is hereby entered and it is

CONSIDERED, ORDERED AND ADJUDGED that the above-named plaintiff do have and recover of and from said defendant the sum of FOUR THOUSAND FIVE HUNDRED SIXTY-SEVEN DOLLARS AND 47/100 Dollars ($ 4,567.47) plus additional prejudgment interest from 02-23-01 at 8% per annum and postjudgment interest from date of judgment at 3.60% per annum.

FRANCIS E. DOSAL, CLERK

DATED: July 27, 2001

By E. Knoblauch
E. Knoblauch, Deputy Clerk

| | |
|---|---|
| Principal/Damages | $ 2,625.00 |
| Costs and disbursements | $ 205.25 |
| Interest to 02/23/01 | $ 1,737.22 |
| **TOTAL JUDGMENT** | $ 4, 567.47 |

4