UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-884 MJD/JGL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LARRY W. BABCOCK,<br><br>Defendant,<br><br>VISION LANDSCAPE,<br><br>Garnishee. | ) | **GARNISHMENT ORDER** |

A Writ of Garnishment was duly issued by this Court and personally served on the garnishee and on the defendant. The garnishee indicates that the defendant is not employed by Vision Landscape.

THEREFORE, IT IS ORDERED, that the Writ of Garnishment served on February 18, 2004, is hereby released.

Dated: March 2, 2004

Magistrate Judge
United States District Court